**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: D.R., A MINOR | : | No. 315 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: D.R. AND J.R. | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.R., A MINOR | : | No. 316 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: D.R. AND J.R. | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: G.R., A MINOR | : | No. 317 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: D.R. AND J.R. | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: R.R., A MINOR | : | No. 318 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: D.R. AND J.R. | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.R., A MINOR | : | No. 319 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: D.R. AND J.R. | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 18th day of October, 2019, the Cross Petition for Allowance of Appeal is **DENIED**.